# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN BRYANT,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BNSF RAILWAY COMPANY,<br>et al.,<br>　　　　Defendants. | Case No. ED17-1523 DSF (JEMx)<br><br>JUDGMENT |

　　　The Court having ordered that the complaint be dismissed for lack of subject matter jurisdiction,

　　　IT IS ORDERED that Plaintiff take nothing and the action be dismissed with prejudice.

Date: July 11, 2018

　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　United States District Judge